```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/23/2021____

-against-

ANDY SOSA,

                        Defendant.

14 Cr. 468-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion for compassionate release. ECF Nos. 535, 542. By **September 13, 2021**, the Government shall submit its opposition. By **September 27, 2021**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: August 23, 2021
       New York, New York

                                      ANALISA TORRES
                               United States District Judge