UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ANDY SOSA,

                                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2022
```

14 Cr. 468-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the Government's motion for reconsideration of the Court's January 24, 2022 Order, ECF No. 548, granting Defendant Andy Sosa's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), in light of new information as to Sosa's vaccination status.  ECF No. 549.  Accordingly:

1. By **February 16, 2022**, Sosa is directed to file a supplemental brief addressing the implications of the Omicron variant on his health and the extent to which, if any, such concerns are mitigated by his receipt of a booster vaccine.

2. By **February 22, 2022**, the Government shall file a supplemental brief in response.

3. The January 24, 2022 Order is STAYED pending the Court's resolution of the Government's motion for reconsideration.

SO ORDERED.

Dated: January 24, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge