

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 14, 2023

**By ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: <u>United States v. Lucas Chajecki</u>, 14 Cr. 468 (KPF)

Dear Judge Failla:

  I write to notify the Court that I will be leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance as counsel of record in the above-captioned matter.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

         By: /s/
           Alison Moe
           Assistant United States Attorney
           212-637-2225

cc: All Counsel (by ECF)

---

```
Application GRANTED.  The Court wishes Ms. Moe the best in her future
endeavors.

The Clerk of the Court is directed to terminate the pending motion at
docket number 590.

Dated:     December 18, 2023
           New York, New York
```

           SO ORDERED.

           *Katherine Polk Failla*

           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE